UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

Magistrate No. 13-675 (JJG)

v.

Howard Webber,

          Defendant.

ORDER OF PRELIMINARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM
ACT 18 U.S.C. 3142(f)

_____

Upon motion of the United States it is **ORDERED** that a detention/removal hearing is set for **October 11, 2013 at 1:15 p.m.** before Chief Magistrate Judge Arthur J. Boylan, Courtroom 9E, U.S. Courthouse, 300 Fourth Street, Minneapolis, Minnesota.   Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated:   October 8, 2013

    s/ *Jeanne J. Graham*
    JEANNE J. GRAHAM
    United States Magistrate Judge

---

\*   If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the Defendant.   18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.   Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the Defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injury, or intimidate a prospective witness or juror.