UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>v.<br><br>Howard Webber,<br>    Defendant. | MJ  13-675 JJG<br><br>ORDER OF REMOVAL |

_____

John Docherty, ASSISTANT UNITED STATES ATTORNEY, for the plaintiff.

Shannon Elkins, ASSISTANT FEDERAL PUBLIC DEFENDER, for defendant.
_____

The above captioned case was before the undersigned United States Magistrate Judge for a Removal Hearing on October 11, 2013.

Based the on facts, the court finds that the defendant is the same person named in the warrant filed in the Northern District of California and he is ordered removed to that district for further proceedings.   Defendant waived his right to a removal hearing and reserved his right to a detention hearing in the charging district

DATED:  October 11, 2103

   s/Arthur J. Boylan
ARTHUR J. BOYLAN
United States Chief Magistrate Judge