UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                          MJ  13-675 JJG
                    Plaintiff,
v.                                                                 AMENDED ORDER OF
                                                                   REMOVAL


Howard Webber,
                    Defendant.


_____

John Docherty, ASSISTANT UNITED STATES ATTORNEY, for the plaintiff.

Shannon Elkins, ASSISTANT FEDERAL PUBLIC DEFENDER, for defendant.
_____


        The above captioned case was before the undersigned United States Magistrate Judge for a

Removal Hearing on October 11, 2013.

        Based the on facts, the court finds that the defendant is the same person named in the warrant

filed in the Northern District of California and he is ordered removed to that district for further

proceedings.   Defendant waived his right to a removal hearing and reserved his right to a detention

hearing in the charging district



DATED:  October 11, 2013

                                                      s/Arthur J. Boylan
                                                     ARTHUR J. BOYLAN
                                                     United States Chief Magistrate Judge