

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Lisa D. Rosenthal, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN  55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

October 16, 2013

Mr. Richard W. Wieking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

Re:   Howard Webber
      Our Case Number: 13-mj-675 JJG
      Your Case Number: 13-cr-662 RS

Dear Clerk:

### Initial Transfer Out

☐     Enclosed please find Probation Form 22  initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

☐     Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Rule 5 (formerly Rule 40) Removal Proceedings

☒     Enclosed please find certified copies of all documents filed in our court.

\Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK


s/Leah E. Gilgenbach


Leah E. Gilgenbach, Deputy Clerk

cc:   Allen A. Slaughter, Jr., Assistant U. S. Attorney
      Shannon R. Elkins, Assistant Federal Defender
      Marshal Service (Rule 20 & 5 only)
      Pretrial Services (Rule 20 &  5 only)
      File 13-mj-675 JJG